United States District Court
Southern District of Texas
**ENTERED**
June 14, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NICHOLE SCOGGINS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:19-CV-2709 |
| § | |
| CHI ST. LUKE'S HEALTH - BRAZOSPORT, § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Defendant's Motion for Summary Judgment (Doc. No. 32); Plaintiff's Response in Opposition (Doc. No. 36); Defendant's Reply in Support (Doc. No. 37); Judge Stacy's Memorandum and Recommendation (Doc. No. 42) that the Court grant the Defendant's Motion for Summary Judgment; Plaintiff's Objections (Doc. No. 43) to the Memorandum and Recommendation; and Defendant's Response to Plaintiff's Objections to the Magistrate's Memorandum and Recommendation (Doc. No. 59).

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusions. Accordingly, it is hereby

**ORDERED** that Plaintiff Objections (Doc. No. 43) are **OVERRULED**; the Memorandum and Recommendation (Doc. No. 42) is **ADOPTED**; and Chi St. Luke's Health-Brazosport's Motion for Summary Judgment (Doc. No. 32) is **GRANTED**. It is further

**ORDERED** that Plaintiff's case is **DISMISSED WITH PREJUDICE**.

Entry of this Order shall constitute entry of final judgment.

SIGNED at Houston, Texas, this ___11th___ day of June 2021.

                                            ANDREW S. HANEN
                                   UNITED STATES DISTRICT JUDGE